PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ROBERTA G. BOWIE, TXBN 00798074
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (214) 767-4183
      E-Mail: roberta.bowie@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY DAWN CLARK,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-cv-00273-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (Plaintiff's Motion) be extended thirty (30) days from June 17, 2023, up to and including July 17, 2023.  This is the Defendant's first request for an extension.  Defendant respectfully submits the following as good cause for this extension request:

    1.    Plaintiff filed a 18-page brief including a request to remand for payment of benefits to which Defendant must respond.

2. The administrative record contains 2739-pages for Defendant to review when responding to Plaintiff's Motion.

3. The undersigned government attorney received this assignment on May 30, 2023, just a couple of weeks before the current deadline.

4. The undersigned government attorney currently has three cases with briefs or cross-motions for summary judgment due on the same deadline, including the present matter, another Eastern District of California assignment also received on May 30, 2023, already on extension, and a case from another circuit (Southern District of Texas [Fifth Circuit]) that has already been extended once.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: June 13, 2023         /s/ Steven G. Rosales*
                             (*as authorized via e-mail on June 12, 2023)
                             STEVEN G. ROSALES
                             Attorney for Plaintiff

Dated: June 13, 2023         PHILLIP A. TALBERT
                             United States Attorney
                             MATHEW W. PILE
                             Associate General Counsel
                             Social Security Administration

                       By:   /s/ Roberta G. Bowie
                             ROBERTA G. BOWIE
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including July 17, 2023, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  June 14, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE