PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ROBERTA G. BOWIE, TXBN 00798074
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (214) 767-4183
      E-Mail: roberta.bowie@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY DAWN CLARK,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-cv-00273-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

     Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (Plaintiff's Motion) be extended thirty (30) days from July 17, 2023, up to and including August 16, 2023.  This is the Defendant's second request for an extension.  Defendant respectfully submits the following as good cause for this extension request:

     1.    Plaintiff filed a 18-page brief including a request to remand for payment of benefits to which Defendant must respond.

   2. The administrative record contains 2739-pages for Defendant to review when responding to Plaintiff's Motion.

   3. Since the undersigned government attorney received this assignment on May 30, 2023, she has had to complete briefs in the Middle District of Florida (Eleventh Circuit), the Southern District of Texas (Fifth Circuit), District of Arizona (Ninth Circuit), and the Eastern District of California (Ninth Circuit).  Working in multiple district courts and switching between caselaw in three circuits has delayed the undersigned government attorney's completion of the current matter.

   4. A close family member of the undersigned government attorney had to have unexpected surgery followed by a hospital stay this week.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  July 13, 2023 | /s/  Steven G. Rosales* <br> (*as authorized via e-mail on July 13, 2023) <br> STEVEN G. ROSALES <br> Attorney for Plaintiff |
| Dated:  July 13, 2023 | PHILLIP A. TALBERT <br> United States Attorney <br> MATHEW W. PILE <br> Associate General Counsel <br> Social Security Administration |
| By: | /s/  Roberta G. Bowie <br> ROBERTA G. BOWIE <br> Special Assistant U.S. Attorney |
|  | Attorneys for Defendant |

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 16, 2023, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  July 19, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE