PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ROBERTA G. BOWIE, TXBN 00798074
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (214) 767-4183
      E-Mail: roberta.bowie@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY DAWN CLARK,<br>    Plaintiff,<br>v.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 2:23-cv-00273-DMC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

    This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: July 24, 2023        /s/ *Steven G. Rosales*
　　　　　　　　　　　　　　(*as authorized via e-mail on July 21, 2023)
　　　　　　　　　　　　　　STEVEN G. ROSALES
　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　MATHEW W. PILE
　　　　　　　　　　　　　　Associate General Counsel
　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　By:　   /s/ *Roberta G. Bowie*
　　　　　　　　　　　　　　ROBERTA G. BOWIE
　　　　　　　　　　　　　　Special Assistant United States Attorney

　　　　　　　　　　　　　　Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: July 25, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE